In the Matter of the Claim of ABRAHAM VOLINSKY, Respondent, against RELIABLE WASTE AND RAG CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of TOBINE W. TORPY, Respondent, against DANIEL OLTARSH et al., Doing Business Under the Name of Motor Car Discount Company, et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.